# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**CURTIS ROGERS,**

    **Plaintiff,**

vs.                                          **Case No. 4:25cv313-RH-MAF**

**JUDGE OF THE
U.S. DISTRICT COURT,**

    **Defendant.**

_____/

## REPORT AND RECOMMENDATION

Pro se Plaintiff Curtis Rogers initiated this case on July 25, 2025, by submitting a civil rights complaint, ECF No. 1, and a motion requesting leave to proceed with in forma pauperis status, ECF No. 2.[1]  Plaintiff's in forma pauperis motion was granted, ECF No. 4, and Plaintiff was required to file an amended complaint.

---

[1] Notably, Plaintiff initiated this case while an earlier case he had filed remained pending.  *See* case number 4:25cv209-AW-MAF.  A Report and Recommendation was entered on July 11, 2025, recommending dismissal because Plaintiff failed to comply with orders to submit a proper in forma pauperis motion and amended complaint.  ECF No. 8 of that case.  Instead of file amended pleading, it appears Plaintiff initiated this second case.

Plaintiff's amended complaint, ECF No. 5, has been reviewed but remains insufficient to proceed. Plaintiff identifies the Defendant as: "Judge of U.S. District Court." *Id.* at 3. Plaintiff does not provide an address for the Defendant to show that venue is proper here, nor does he identify a specific judge. Plaintiff was previously informed that there are more than 1,400 federal judges throughout the United States, so he must identify a specific judge. ECF No. 4. Plaintiff has not corrected that deficiency and has not properly named a Defendant.

More importantly, Plaintiff has not provided factual allegations which support a claim against a federal judge, or any other defendant. Plaintiff alleges that "the false teaching and the power which is abuse by government." *Id.* at 4. He makes nonsensical assertions about "the word of God" and power revealed by "God's spirit which is" given for judgment. *Id.* at 5. Finally, he provides an incoherent statement about teaching false doctrine. *Id.*

The amended complaint does not present any factual allegations which provide a basis to proceed. Plaintiff does not identify a constitutional right which was impaired, a federal statute which was violated, or otherwise allege suffering harm caused by a specific individual.

Case No. 4:25cv313-RH-MAF

Furthermore, Plaintiff's amended complaint asserts a claim in Section IV of the complaint form for "false claim and threat." ECF No. 5 at 6. There is no such claim, nor does Plaintiff allege being threatened.

Plaintiff was already provided an opportunity to submit an amended complaint. It does not appear that further opportunities would be beneficial. This action should be dismissed for failure to state a claim.

## RECOMMENDED

It is respectfully **RECOMMENDED** that Plaintiff's amended complaint, ECF No. 5, be **DISMISSED** for failure to state a claim upon which relief may be granted.

**IN CHAMBERS** at Tallahassee, Florida, on August 28, 2025.

 S/    Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other**

**parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2).** <u>**Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.**</u> **If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**