IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CURTIS ROGERS,

    Plaintiff,

v.                                               CASE NO. 4:25cv313-RH-MAF

JUDGE OF THE
U.S. DISTRICT COURT,

    Defendant.

_____/

## ORDER OF DISMISSAL

    This case is before the court on the magistrate judge's report and recommendation, ECF No. 6. No objections have been filed.

    The report and recommendation correctly recounts some of the allegations of the first amended complaint and correctly concludes it fails to state a claim on which relief can be granted. The first amended complaint also includes an attachment, but the attachment does not cure the deficiencies. Instead, the attachment is a rambling screed that suggests no basis at all for any claim against a district judge.

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed with prejudice for failure to state a claim upon which relief can be granted." The clerk must close the file.

SO ORDERED on September 26, 2025.

s/Robert L. Hinkle  
United States District Judge